```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/14
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA *ex rel.* ILYA
ERIC KOLCHINSKY,

        Plaintiff,

        v.

MOODY'S CORPORATION, MOODY'S
INVESTORS SERVICE, INC., and JOHN DOES
#1-100,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**UNDER SEAL**

12 Civ. 1399 (WHP)

## ORDER

The United States having declined to intervene in this action pursuant to the False

Claims Act, 31 U.S.C. § 3730(b)(4)(B),

IT IS HEREBY ORDERED THAT:

1. The complaint shall be unsealed thirty days after entry of this order, and service

upon defendant by the plaintiff-relator is authorized.   If the plaintiff-relator voluntarily

dismisses the complaint pursuant to Rule 41 (a)(1) within this 30-day period, plaintiff-relator

may seek to modify this order with the United States' consent or by motion on notice to the

United States.

2. The United States' Notice of Election to Decline Intervention shall be served by

the plaintiff-relator upon defendant only after service of the complaint.

3. All previously filed documents in the Court's file in this action shall remain under

seal and not be made public, except for, thirty days after entry of this order, plaintiff-relator's *qui*

*tam* complaint, this Order, and the United States' Notice of Election to Decline Intervention.

4.      Thirty days after entry of this order, the seal shall be lifted as to all other matters occurring in this action subsequent to the date of this Order.

5.      The parties shall serve all pleadings and motions filed in this action, including supporting memoranda and materials, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).   The United States may order any deposition transcripts.   The United States is entitled to intervene in this action, for good cause, at any time.

6.      All orders of this Court shall be sent to the United States by the plaintiff-relator. Should the plaintiff-relator or defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.


Dated: New York, New York

       May 30, 2014

SO ORDERED:

_____
HON. WILLIAM H. PAULEY III
UNITED STATES DISTRICT JUDGE