UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ILYA ERIC KOLCHINSKY,<br><br>Plaintiff,<br><br>-against-<br><br>MOODY'S CORPORATION, MOODY'S INVESTORS SERVICE, INC., and JOHN DOES #1-100,<br><br>Defendants. | No. 12 Civ. 1399 (WHP)<br><br><br><br>**NOTICE OF MOTION** |

      PLEASE TAKE NOTICE that, upon the accompanying Declaration of Glenn C. Edwards, with exhibits attached, and the accompanying Memorandum of Law, and upon the pleadings and papers filed herein, Defendants Moody's Corporation and Moody's Investors Service, Inc. will move this Court, in Courtroom 20B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on October 16, 2015, at 11:30 a.m., or at such other time and place as the Court may direct, for an order, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6) and 9(b), dismissing the amended complaint in this action in its entirety, with prejudice, and for such other relief as the Court deems appropriate.

      PLEASE TAKE FURTHER NOTICE that, pursuant to order of the Court, opposition papers shall be filed no later than September 18, 2015, and defendants' reply papers shall be filed no later than October 2, 2015.

1

July 31, 2015
New York, NY

           SATTERLEE STEPHENS LLP

           By:   /s/Glenn C. Edwards
           James J. Coster
           Joshua M. Rubins
           Glenn C. Edwards

           230 Park Avenue, Suite 1130
           New York, NY 10169
           (212) 818-9200
           (212) 818-9606/7 (fax)

           *Attorneys for Defendants Moody's Corporation and*
           *Moody's Investors Service, Inc.*

To:    SEEGER WEISS LLP
       Stephen A. Weiss
       Asa R. Danes

       77 Water Street
       New York, NY 10005

       *Attorneys for Relator*