UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ILYA ERIC KOLCHINSKY,<br><br>Plaintiff,<br><br>-against-<br><br>MOODY'S CORPORATION, MOODY'S INVESTORS SERVICE, INC., and JOHN DOES #1-100,<br><br>Defendants. | No. 12 Civ. 1399 (WHP)<br><br><br><br>**CERTIFICATE OF SERVICE** |

    I, GLENN C. EDWARDS, under penalty of perjury, declare that I served a copy of Defendants' Motion to Dismiss, with supporting Memorandum of Law and Declaration of Glenn C. Edwards (Dkt.# 37-39), on the United States of America by first-class mail to Carina H. Schoenberger and Louis A. Pellegrino, Assistant United States Attorneys, United States Attorney's Office for the Southern District of New York, 86 Chambers St, New York, NY 10007, on August 5, 2015.

Dated: August 7, 2015

                                                                 /s/Glenn C. Edwards

                                                  Glenn C. Edwards
                                                  Satterlee Stephens LLP
                                                  230 Park Avenue, Suite 1130
                                                  New York, NY 10169

2272595_1