# SATTERLEE STEPHENS BURKE & BURKE LLP

230 PARK AVENUE
NEW YORK, NY 10169-0079
(212) 818-9200
FAX (212) 818-9606

51 JOHN F. KENNEDY PARKWAY
FIRST FLOOR WEST
SHORT HILLS, NJ 07078-2713
(973) 218-2509
FAX (973) 218-2401

www.ssbb.com

E-Mail: gedwards@ssbb.com
Direct Dial: (212) 404-8732

October 25, 2015

**By ECF**

Honorable William H. Pauley III, U.S.D.J.
United States District Court, Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *United States ex rel. Kolchinsky v. Moody's Corp. et al.*,
                No. 12 Civ. 1399 (WHP)

Dear Judge Pauley:

      We represent Defendants Moody's Corporation and Moody's Investors Service, Inc. in the above-captioned action. Pursuant to Rule III(F) of the Court's Individual Practices, we set forth below a list of each motion paper and memorandum filed by the parties in connection with Defendants' Motion to Dismiss the Amended Complaint in the above-captioned action.

- Defendants' Notice of Motion to Dismiss (Dkt. # 37)
- Declaration of Glenn C. Edwards in Support of Motion to Dismiss (Dkt. #38)
- Defendants' Memorandum of Law in Support of Their Motion to Dismiss (Dkt. # 39)
- Memorandum of Law in Opposition to Defendants' Motion to Dismiss (Dkt. #43)
- Declaration of Stephen A. Weiss in Opposition to Motion to Dismiss (Dkt. #44)
- Defendants' Reply Memorandum of Law in Further Support of Their Motion to Dismiss (Dkt. #47).

                                                      Respectfully submitted,

                                                      Glenn C. Edwards

2315869_1