# STONE ⚙ MAGNANINI

## COMPLEX LITIGATION

February 15, 2018

**VIA ECF and UPS OVERNIGHT**

Honorable William H. Pauley, III, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Room 1920
New York, NY 10007-1312

> Re: *United States ex rel. Ilya Eric Kolchinsky v. Moody's Corp., et al.*
> Civ. A. No. 12-cv-1399 (S.D.N.Y.)

Dear Judge Pauley:

We represent Relator Ilya Eric Kolchinsky ("Relator") in the above-referenced action. We enclose for the Court's consideration Senator Grassley's February 13, 2018 statement on the floor of the U.S. Senate regarding the False Claims Act, *Escobar*, and materiality. 164 CONG. REC. S892-93 (daily ed. Feb. 13, 2018) (statement of Sen. Grassley). We believe that Senator Grassley's statement is particularly relevant to the motion to dismiss now pending before this Court, and we ask that the Court consider this persuasive legislative authority when rendering its decision. Moreover, as the author of the False Claims Act amendments of 1986, Relator submits that Senator Grassley's insights should carry significant weight.

Respectfully submitted,

*/s/ David S. Stone*
David S. Stone

DSS/gc

Enc.
cc: All counsel of record (via ECF)