```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/14/18
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES ex rel. KOLCHINKSKY,
       Plaintiff,

-against-

MOODY'S CORP., et al.,
       Defendants.
------------------------------------------------------------X

12 **CIVIL** 1399

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 13, 2018, Moody's motion to dismiss the Third Amended Complaint is granted; accordingly, this case remains closed.

**Dated:** New York, New York
    March 14, 2018

                RUBY J. KRAJICK
                _____
                Clerk of Court
      BY:
                _____/s/ Mango_____
                Deputy Clerk